[Rockingham, June, 1881.]

SCHOOL-DISTRICTS 4 AND 5 IN HAMPSTEAD v. EASTMAN & a.

*G. C. & G. K. Bartlett* and *Wiggin*, for the plaintiffs.

*Sawyer & Sawyer, Jr.*, for the defendants.

PETITION, for a writ of *certiorari* to quash the proceedings of a board of selectmen and school committee changing the lines of school-districts. G. L., *c.* 86, *s.* 9. Facts found by a referee. The petition was granted, and the proceedings were quashed for the disqualification of a member of the board.

All concurred.

---

[Strafford, June, 1881.]

GLIDDEN v. HENDERSON.

*Sanborn* and *Hall*, for the plaintiff.

*Worcester & Gafney*, for the defendant.

STANLEY, J. The evidence to which the defendant objected was laid out of consideration by the instructions given and the question submitted to the jury, to which instructions and question the defendant does not object.

*Judgment on the verdict for the plaintiff.*

CLARK, J., did not sit: the others concurred.

---

[Carroll, June, 1881.]

GLEASON v. HODGE.

*Batchelder & Faulkner*, for the plaintiff.

*Hill* and *Hibbard*, for the defendant.

STANLEY, J. The referee found the plaintiff to be an innocent holder of a note against the plaintiff for value.

*Exceptions overruled.*

BLODGETT, J., did not sit: the others concurred.